UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



BRAULIO THORNE, on behalf of himself and
all others similarly situated,

                Plaintiffs,

-against-

MONTRES BREGUET SA, D/B/A BREGUET

                Defendant.

Case No. 1:18-cv-01108-RJS

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed without prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           June 11, 2018

Respectfully submitted,

By: _Daniel Cohen_
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax:   (929) 575-4195
Email: Dan@dccohen.com
*Attorneys for Plaintiff*

**SO ORDERED:**

_____
U.S.D.J.
6/12/18